Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
FEB 2 0 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD COMPTON YOUNG,<br><br>    Petitioner,<br><br>    v.<br><br>MIKE EVANS, Warden,<br><br>    Respondent. | CASE NO. EDCV 07-00708 DOC (SS)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

    **IT IS ORDERED** that Respondent's Motion to Dismiss is GRANTED, that Petitioner's Stay Request is DENIED, and that Judgment be entered dismissing this action without prejudice.

\\
\\

1 **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
2 the Judgment herein on Petitioner and counsel for Respondent.

4 **LET JUDGMENT BE ENTERED ACCORDINGLY.**

6 DATED: *February 18, 2008*

                                    _/s/ David O. Carter_____
                                    DAVID O. CARTER
                                    UNITED STATES DISTRICT JUDGE