FILED
CLERK, U.S. DISTRICT COURT
FEB 20 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD COMPTON YOUNG,<br><br>        Petitioner,<br><br>   v.<br><br>MIKE EVANS, Warden,<br><br>        Respondent. | CASE NO. EDCV 07-00708 DOC (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 18, 2008

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE